# STATE ex rel. GEORGE HASSING v. JAMES H. QUINN and Others.[1]

## June 25, 1909.

## Nos. 16,109—(33).

At a hearing of a petition for the establishment of a judicial ditch in Jackson county pursuant to Laws of 1907, c. 448, relator appeared specially for the sole purpose of objecting to the jurisdiction of the court and objected to any assessment being made upon his land for the reason that it was not described in the petition, and because of the failure to describe it the petition was too defective to confer jurisdiction upon the court. His objection was overruled, Quinn, J., and an assessment was levied against his land. Upon application to this court a writ of certiorari was issued. Writ discharged.

*Albert R. Allen,* for plaintiff.

*E. H. Nicholas* and *Dean & Palmer,* for defendants.

PER CURIAM.

Conceding that relator properly raised the question by appearing specially and objecting to the petition, there is no merit in the claim that the description of the lands was defective. A description of the lands proposed to be drained is all the statute requires. This does not mean a description by subdivision to correspond with individual ownership; and if an entire section is within the district, it may be described as a section, although the subdivisions are owned by different persons.

Writ discharged.

[1]Reported in 121 N. W. 898.